PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Carl Mayes             Cr.: 0500218-001
                                                                  PACTS #: 42586

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 11/20/06

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 75 months imprisonment; three-year-term of supervised release; drug testing/treatment, mental health treatment; and DNA collection.

Type of Supervision: Supervised Release            Date Supervision Commenced: 9/17/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to refrain from the use of illegal substances. On September 19, 2012, Mayes admitted to smoking marijuana on three separate occasions. |

U.S. Probation Officer Action:

The offender is in a mental health and drug counseling program at the Prospect House. We will monitor the offender's progress in treatment and advise the Court of any future noncompliance.

Respectfully submitted,

By: Kellyanne Kelly Maureen Kelly
Senior U.S. Probation Officer
Date: 1/3/13

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

1/4/2013
_____
Date